# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

STEVEN A. FEGEL,

        Plaintiff,     :    Case No. 3:08-cv-61

- vs -     :    District Judge Walter Herbert Rice
        Magistrate Judge Michael R. Merz

COMMISSIONER OF SOCIAL     :
SECURITY,

    :

        Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #16), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Plaintiff is denied leave to appeal *in forma pauperis.*

July  15 , 2009.

                                                Walter Herbert Rice
                                                United States District Judge